IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANA JAMAAL POUGH,                    No C-10-4135 VRW (PR)

        Petitioner,

    v                                 ORDER OF TRANSFER

WILLIAM J MURRAY, et al,

        Respondent.
_____/

        Petitioner, presently incarcerated at Pelican Bay State Prison in Crescent City, County of Del Norte, California, has filed a pro se civil rights action under 42 USC § 1983. Doc #1. But because petitioner is challenging a criminal conviction and sentence, he must proceed by filing a petition for a writ of habeas corpus. See 28 USC 2254. Further, as explained below, he must file in the Eastern District of California where venue is proper.

        Petitioner's conviction and sentence were imposed by the Superior Court of the State of California in and for the County of San Joaquin, which lies within the venue of the Eastern District of California. See 28 USC § 84(b). Venue in a habeas action is proper

1  in either the district of confinement or the district of conviction.
2  See 28 USC § 2241(d).  Petitions challenging a conviction, however,
3  preferably are heard in the district of conviction.  See Habeas LR
4  2254-3(a); <u>Dannenberg v Ingle</u>, 831 F Supp 767 (ND Cal 1993).
5           Because the county of conviction, ie, San Joaquin, lies
6  within the venue of the Eastern District of California, pursuant to
7  28 USC § 1406(a) and Habeas Local Rule 2254-3(b) and in the interest
8  of justice, the Court orders this Petition TRANSFERRED to the United
9  States District Court for the Eastern District of California.
10          The clerk shall transfer this matter and terminate all
11 pending motions as moot.

13          IT IS SO ORDERED.

                                    _____
                                    **VAUGHN R WALKER**
                                    United States District Chief Judge

26 G:\PRO-SE\VRW\HC.10\Pough-10-4135-hc-transfer-caed.wpd